UNITD STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES McCARTHY,

Plaintiff,

v. CASE NO.: 8:13-CV-02018-ESK-MAP

LIBERTY MUTUAL FIRE
INSURANCE COMPANY,

Defendant.
_______________________/

**ORDER RATIFYING STIPULATION AND DISMISSING DEFENDANT(S), LIBERTY MUTUAL FIRE INSURANCE COMPANY, WITH PREJUDICE**

THIS CAUSE came before the Court upon the Joint Stipulation of the parties. The Court, having reviewed the Stipulation, and being otherwise duly advised in the premises, it is hereby

ORDERED and ADJUDGED that the Stipulation between Plaintiff, JAMES McCARTHY, and the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, be hereby ratified and approved. Accordingly, it is further

ORDERED and ADJUDGED as follows:

1. That the Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, be dismissed from this action, with prejudice;

2. That the parties to the Stipulation shall bear their respective costs and attorney's fees; and,

3. That all liens and/or subrogated interest be satisfied by the Plaintiff.

4. The Clerk of Court is directed to close this case and to terminate any pending motions.

DONE and ORDERED in Chambers at Tampa, Hillsborough County, Florida, on this 1st day of August, 2014.

ELIZABETH A. KOVACHEVICH
U.S. DISTRICT JUDGE

Copies Furnished To:
James L. Magazine, Esq.
Caroline A. Adams, Esq.